KELLEY DRYE & WARREN LLP
  Lauri A. Mazzuchetti (*pro hac vice*)
  Edward J. Mullins III (*pro hac vice*)
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Telephone:  (973) 503-5900
Facsimile:   (973) 503-5950
lmazzuchetti@kelleydrye.com
emullins@kelleydrye.com

KELLEY DRYE & WARREN LLP
  Lee S. Brenner (State Bar No. 180235)
  Catherine D. Lee (State Bar No. 258550)
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, CA 90067-4008
Telephone:  (310) 712-6100
Facsimile:   (310) 712-6199
lbrenner@kelleydrye.com
clee@kelleydrye.com

Attorneys for Defendant FIVESTARS LOYALTY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIL DANIEL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIVE STARS LOYALTY, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:15-cv-03546<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)**<br><br>Action Filed:  June 23, 2015<br>Trial Date:     None |

**RECITALS**

WHEREAS, on June 23, 2015, Plaintiff Sunil Daniel ("Plaintiff") filed the initial Class-Action Complaint ("Complaint") against Defendant FiveStars Loyalty, Inc. ("Defendant") (collectively, the "Parties") in the Superior Court of California for the County of San Francisco (the "Action");

WHEREAS, Plaintiff served Defendant the Complaint on July 14, 2015;

WHEREAS, on July 31, 2015, Defendant removed the Action to the United States District Court for the Northern District;

WHEREAS, the deadline for responding to Plaintiff's Complaint is August 7, 2015 pursuant to Rule 81(c)(2) of the Federal Rules of Civil Procedure;

WHEREAS, Defendant's counsel asked Plaintiff's counsel for an extension of time as set forth below; and

WHEREAS, the Parties agree to extend Defendant's time to respond to the Complaint to August 21, 2015.

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant through their respective attorneys of record, pursuant to Civil L.R. 6-1(a), that Defendant's new time to respond to the Complaint is August 21, 2015.

IT IS SO STIPULATED AND AGREED.

DATED: August 6, 2015                JAURIGUE LAW GROUP
                                     Michael J. Jaurigue
                                     Abigail A. Zelenski
                                     David Zelenski

                                     GLANCY PRONGAY & MURRAY LLP
                                     Lionel Z. Glancy
                                     Marc L. Godino
                                     Mark S. Greenstone

                                     By: /s/ Mark S. Greenstone_____
                                     Mark S. Greenstone
                                     Attorneys for Plaintiff Sunil Daniel

1
JOINT STIPULATION TO EXTEND TO TIME TO RESPOND TO COMPLAINT

LA01\LEECA\700433.3

| | | |
|---|---|---|
| 1 | DATED: August 6, 2015 | KELLEY DRYE & WARREN LLP |
| 2 | | Lauri A. Mazzuchetti |
| | | Lee S. Brenner |
| 3 | | Edward J. Mullins III |
| | | Catherine D. Lee |
| 4 | | |
| 5 | | By: ___/s/ Lee S. Brenner_____ |
| | | Lee S. Brenner |
| 6 | | Attorneys for FiveStars Loyalty, Inc. |

Pursuant to Civil L.R. 5-1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing of this stipulation and have authorized the filing of this stipulation.

DATED: August 6, 2015          KELLEY DRYE & WARREN LLP
                                Lauri A. Mazzuchetti
                                Lee S. Brenner
                                Edward J. Mullins III
                                Catherine D. Lee

                                By: ___/s/ Lee S. Brenner_____
                                    Lee S. Brenner
                                    Attorneys for FiveStars Loyalty, Inc.

Dated: 8/7/15

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA