JAURIGUE LAW GROUP
Michael J. Jaurigue (SBN 208123)
Abigail A. Zelenski (SBN 228610)
David Zelenski (SBN 231768)
114 North Brand Boulevard, Suite 200
Glendale, California 91203
michael@jlglawyers.com
abigail@jlglawyers.com
david@jlglawyers.com
Telephone: (818) 630-7280
Facsimile: (888) 879-1697

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (SBN 134180)
Marc L. Godino (SBN 182689)
Mark S. Greenstone (SBN 199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIL DANIEL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIVE STARS LOYALTY, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 15-CV-03546-WHO<br><br>**NOTICE OF INTENT TO FILE FIRST AMENDED COMPLAINT IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>*Assigned to Hon. William H. Orrick*<br><br>Date of Hearing on Motion to Dismiss: October 7, 2015 |

1     Pursuant to rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, Plaintiff Sunil Daniel hereby advises that he will be filing a first amended complaint (as opposed to an opposition memorandum) in response to Defendant FiveStars Loyalty, Inc.'s August 21, 2015, Motion to dismiss or, in the alternative, to stay this action. Plaintiff further advises that he will file the first amended complaint on or before the expiration of the time limit set forth in rule 15(a)(1)(B), *i.e.*, on or before September 11, 2015.

Dated: September 4, 2015

JAURIGUE LAW GROUP

    /s/ *David Zelenski*
Michael J. Jaurigue
Abigail A. Zelenski
David Zelenski

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy
Marc L. Godino
Mark S. Greenstone

*Attorneys for Plaintiff*