UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUNIL DANIEL,

    Plaintiff,

  v.

FIVE STARS LOYALTY, INC.,

    Defendant.

Case No. 15-cv-03546-WHO

**ORDER REGARDING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT, AND IN THE ALTERNATIVE, TO STAY THE CASE**

Re: Dkt. No. 19

In response to defendant's Motion to Dismiss Plaintiff's Complaint, and in the Alternative, to Stay the Case, Dkt. No. 19, plaintiff filed a first amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Dkt. No. 26.  The parties appear to dispute whether the first amended complaint moots the combined motion to dismiss *and* stay (as plaintiff contends) or just the motion to dismiss (as defendant argues).  *See* Dkt. Nos. 24, 25.

I agree with plaintiff that the first amended complaint moots both motions.  Accordingly, the Clerk shall TERMINATE the motions and VACATE the hearing set for October 7, 2015.  Defendant shall respond to the first amended complaint by October 2, 2015.

**IT IS SO ORDERED**.

Dated: September 21, 2015



WILLIAM H. ORRICK
United States District Judge