JAURIGUE LAW GROUP
Michael J. Jaurigue (SBN 208123)
Abigail A. Zelenski (SBN 228610)
David Zelenski (SBN 231768)
114 North Brand Boulevard, Suite 200
Glendale, California 91203
michael@jlglawyers.com
abigail@jlglawyers.com
david@jlglawyers.com
Telephone: (818) 630-7280
Facsimile: (888) 879-1697

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (SBN 134180)
Marc L. Godino (SBN 182689)
Mark S. Greenstone (SBN 199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: mgreenstone@glancylaw.com

*Attorneys for Plaintiff Sunil Daniel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUNIL DANIEL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIVE STARS LOYALTY, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 15-CV-03546-WHO<br><br>**STIPULATION AND ORDER TO CONTINUE THE OPPOSITION AND REPLY DEADLINES FOR DEFENDANT'S MOTION TO DISMISS AND STAY**<br><br>*Assigned to Hon. William H. Orrick*<br><br>Hearing Date: November 18, 2015<br>Hearing Time: 2:00 p.m.<br>Hearing Location: Courtroom 2 |

Pursuant to rules 6-1, 6-2, 7-7, and 7-12 of the Northern District of California's Local Rules, Plaintiff Sunil Daniel and Defendant Five Stars Loyalty, Inc. stipulate to continue the opposition and reply deadlines for Five Stars' Motion to Dismiss and Stay. The Stipulation is based on the following facts:

1. Defendant's Motion to Dismiss and Stay was filed on October 2, 2015. (See generally Five Stars' Notice of Mot. & Mot. to Dismiss First Am. Compl., & in the Alternative, to Stay the Case ("Def.'s Mot.") [ECF 28].) The Motion selected a hearing date of November 18, 2015 (see Def.'s Mot. [ECF 28] at 1:24), which provides approximately two weeks more notice than is required under the Northern District's Local Rules, see N.D. Cal. Civ. R. 7-2.

2. Under rule 7-3 of the Local Rules, Plaintiff's opposition papers to the Motion are due on October 16, 2015, and Defendant's reply papers are due on October 23, 2015 . See N.D. Cal. Civ. R. 7-3(a).

3. On account of preexisting commitments, those of Plaintiff's counsel who are principally tasked with handling law-and-motion matters—David Zelenski, Abigail Zelenski, and Mark Greenstone—have insufficient time to duly oppose Defendant's Motion. Mr. Greenstone's wife recently gave birth to their first child, and Mr. Zelenski and Ms. Zelenski are scheduled to be out of the office from October 10 through October 16, 2015, for a preplanned vacation.

4. In light of the commitments set forth in paragraph 3, Plaintiff and Defendant agree that the opposition deadline should be continued to October 23, 2015, and that the reply deadline should be continued to November 4, 2015. The hearing date will remain as set, for November 18, 2015.

5. The requested continuance will not affect any other matters currently scheduled by the Court. Adopting the above schedule for the opposition and reply papers still provides the Court with fourteen days from the close of all briefing to review all papers prior to the hearing—the amount of time contemplated by the Local Rules. See N.D. Cal. Civ. R. 7-3(c). In addition, the Initial Case Management Conference has not yet taken place, and no scheduling order has yet been entered.

6. The only other continuance requested by the parties was a Stipulation extending the time for Defendant to respond to Plaintiff's initial Complaint. (See generally Joint Stipulation to Extend Time to Respond to Compl. [ECF 11].) The Court granted that Stipulation on August 7, 2015. (Joint

Stipulation to Extend Time to Respond to Compl. [ECF 11] at 3:7–18.)

Based on the foregoing, Plaintiff and Defendant **HEREBY STIPULATE** as follows:

1. Plaintiff's opposition papers to the Motion to Dismiss and Stay must be filed and served by October 23, 2015.

2. Defendant's reply papers for the Motion to Dismiss and Stay must be filed and served by November 4, 2015.

**IT IS SO STIPULATED**.

Dated: October 8, 2015

JAURIGUE LAW GROUP
GLANCY PRONGAY & MURRAY LLP

/s/ *David Zelenski* [1]

Lionel Z. Glancy
Marc. L. Godino
Mark S. Greenstone
Michael J. Jaurigue
Abigail A. Zelenski
David Zelenski
*Attorneys for Plaintiff Sunil Daniel*

Dated: October 9, 2015

KELLEY DRYE & WARREN LLP

/s/ *Lauri Mazzuchetti*

Lauri A. Mazzuchetti
Lee S. Brenner
Edward J. Mullins III
Catherine D. Lee
*Attorneys for Defendant Five Stars Loyalty, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 9, 2015

Hon. William H. Orrick
*U.S. District Court Judge*

---

[1] Pursuant to rule 5-1(i)(3) of the Northern District's Local Rules, I hereby attest that all of the signatories listed below, and on whose behalf the within filing is submitted, concur in the filing's content and have authorized its filing.