KELLEY DRYE & WARREN LLP
  Lauri A. Mazzuchetti (*admitted pro hac vice*)
  Edward Mullins (*admitted pro hac vice*)
One Jefferson Road, 2nd Floor
Parsippany, New Jersey 07054
Telephone: (973) 503-5900
Facsimile:  (973) 503-5950
lmazzuchetti@kelleydrye.com
emullins@kelleydrye.com

KELLEY DRYE & WARREN LLP
  Lee S. Brenner (State Bar No. 180235)
  Catherine D. Lee (State Bar No. 258550)
10100 Santa Monica Boulevard, 23rd Floor
Los Angeles, CA 90067-4008
Telephone:    (310) 712-6100
Facsimile:    (310) 712-6199
lbrenner@kelleydrye.com
clee@kelleydrye.com

Attorneys for Defendant FIVESTARS LOYALTY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIL DANIEL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIVE STARS LOYALTY, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:15-cv-03546-WHO<br><br>(Assigned to Hon. William H. Orrick)<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>[*Joint Stipulation filed concurrently herewith*]<br><br>Action Filed:   June 23, 2015<br>Trial Date:     None Set |

LA01\LEECA\702903.1

ORDER

The Court, upon consideration of the parties' Joint Stipulation To Continue Scheduling Conference, hereby finds good cause to ORDER the following:

The Court continues the Scheduling Conference from November 10, 2015 to December 15, 2015 at 2 p.m.

IT IS SO ORDERED.

DATED: October 13, 2015

Hon. William H. Orrick
District Court Judge

LA01\LEECA\702903.1

ORDER