JAURIGUE LAW GROUP
Michael J. Jaurigue (SBN 208123)
 michael@jlglawyers.com
Abigail A. Zelenski (SBN 228610)
 abigail@jlglawyers.com
David Zelenski (SBN 231768)
 david@jlglawyers.com
114 North Brand Boulevard, Suite 200
Glendale, California 91203
Telephone: (818) 630-7280
Facsimile: (888) 879-1697

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (SBN 134180)
 lglancy@glancylaw.com
Marc L. Godino (SBN 182689)
 mgodino@glancylaw.com
Mark S. Greenstone (SBN 199606)
 mgreenstone@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Plaintiff Sunil Daniel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIL DANIEL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIVE STARS LOYALTY, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 15-CV-03546-WHO<br><br>**STIPULATION AND ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>*Assigned to Hon. William H. Orrick*<br><br>Case Management Conference Date: December 15, 2015 |

Pursuant to rules 6-1, 6-2, 7-12, and 16-2 of the Northern District of California's Local Rules, and to the Court's August 12, 2015, Case Management Conference Order, Plaintiff Sunil Daniel ("Plaintiff") and Defendant Five Stars Loyalty, Inc. ("Defendant") stipulate to continue the Case Management Conference, as well as various related deadlines. The Stipulation is based on the following facts:

1. Plaintiff initiated this action in San Francisco Superior Court on June 23, 2015. (See generally Def.'s Notice of Removal [ECF 1] Ex. A.) Defendant removed the action to the Northern District of California on July 31, 2015. (See generally Def.'s Notice of Removal [ECF 1].) Following removal, the case was assigned to the Honorable Joseph C. Spero, and the Case Management Conference was set for October 30, 2015. (Order Setting Initial Case Mgmt. Conference & ADR Deadlines at 1:12, 2:19.)

2. On August 12, 2015, the case was reassigned to the Honorable William H. Orrick (see generally Order [ECF 14]), and the Case Management Conference was rescheduled for November 10, 2015 (Case Mgmt. Conference Order at 1:12–15).

3. Following reassignment, Defendant filed a Motion to Dismiss and Stay on August 21, 2015. (See generally Def.'s Notice of Mot. & Mot. to Dismiss Pl.'s Compl., & in the Alternative, to Stay the Case [ECF 19].) Pursuant to rule 15 of the Federal Rules of Civil Procedure, Plaintiff responded to Defendant's Motion by filing a First Amended Complaint on September 11, 2015. (See generally Order Regarding Def.'s Mot. to Dismiss Pl.'s Compl., & in the Alternative, to Stay the Case [ECF 27].)

4. Defendant responded to the First Amended Complaint by filing a renewed Motion to Dismiss and Stay on October 2, 2015. (See generally Five Stars' Notice of Mot. & Mot. to Dismiss First Am. Compl., & in the Alternative, to Stay the Case ("Def.'s Mot.") [ECF 28].) The Motion selected a hearing date of November 18, 2015. (See Def.'s Mot. [ECF 28] at 1:24.) In light of the renewed Motion, the Court continued the Case Management Conference to December 15, 2015, so that the Motion could be heard prior to the Conference. (See generally Order Continuing Scheduling Conference [ECF 38].)

5. On November 24, 2015, the Court issued an Order granting Defendant's Motion to

1  Dismiss, giving Plaintiff until on or about December 18, 2015, to file a second amended complaint.
2  (See Order Granting Mot. to Dismiss & Denying Without Prejudice Mot. to Stay [ECF 44] at 11:7–9.)
3  Accordingly, although Plaintiff intends to file a second amended complaint, there presently is no
4  operative complaint in this action.  Furthermore, because it is likely that Defendant will respond to
5  Plaintiff's second amended complaint with another motion instead of an answer, Plaintiff and Defendant
6  believe that it would promote judicial efficiency to continue the Case Management Conference to a date
7  in March 2016, after the Court has had an opportunity to rule on Defendant's motion.

8       6.    In light of the year-end holidays, Plaintiff and Defendant further believe that the schedule
9  for Defendant's motion, as contemplated by the Federal Rules of Civil Procedure and the Northern
10 District's Local Rules, should be revised to give Defendant an extra week to file its motion, Plaintiff an
11 extra week to file his opposition brief, and Defendant an extra week to file its reply brief.  Plaintiff and
12 Defendant therefore propose the following schedule:

- January 8, 2016:  Defendant must respond to Plaintiff's second amended complaint.
- January 29, 2016:  Plaintiff must file his opposition to Defendant's motion.
- February 12, 2016:  Defendant must file its reply to Plaintiff's opposition.
- March 2, 2016:  Hearing on Defendant's motion.

19      7.    Based on the foregoing schedule, Plaintiff and Defendant propose that the Case
20 Management Conference be continued to March 15, 2016, with the Joint Case Management Statement
21 due on March 8, 2016.  Plaintiff and Defendant also propose that the Further ADR Phone Conference—
22 currently set for December 10, 2015 (see Nov. 9, 2015, ADR Remark [ECF Not Listed on Docket]), *i.e.*,
23 before the deadline set by the Court for filing the second amended complaint—likewise be continued to
24 a date after March 2, 2015.
25 / / / / /

**Based on the foregoing, Plaintiff and Defendant HEREBY STIPULATE as follows:**

**1.     Defendant must respond to Plaintiff's second amended complaint by January 8, 2016.**

**2.     If Defendant responds to Plaintiff's second amended complaint by way of motion, then Plaintiff must file his opposition to the motion by January 29, 2016; Defendant must file its reply to Plaintiff's opposition by February 12, 2016; and the hearing on the motion will take place on March 2, 2016.**

**3.     The Case Management Conference is continued to March 15, 2016.  The Joint Case Management Statement is due on March 8, 2016.**

**4.     The Further ADR Phone Conference is continued to a day after March 2, 2016, to be determined by the Court.**

**IT IS SO STIPULATED**.

Dated:  December 3, 2015                              JAURIGUE LAW GROUP
                                                     GLANCY PRONGAY & MURRAY LLP

                                                          /s/ *David Zelenski* [1]
                                                     ─────────────────────────────
                                                     Lionel Z. Glancy
                                                     Marc. L. Godino
                                                     Mark S. Greenstone
                                                     Michael J. Jaurigue
                                                     Abigail A. Zelenski
                                                     David Zelenski
                                                     *Attorneys for Plaintiff*

Dated:  December 3, 2015                              KELLEY DRYE & WARREN LLP

                                                          /s/ *Catherine D. Lee*
                                                     ─────────────────────────────
                                                     Lauri A. Mazzuchetti
                                                     Lee S. Brenner
                                                     Edward J. Mullins III
                                                     Catherine D. Lee
                                                     *Attorneys for Defendant*

---

[1] Pursuant to rule 5-1 of the Northern District's Local Rules, I hereby attest that all of the signatories listed below, and on whose behalf the within filing is submitted, concur in the filing's content and have authorized its filing.

**PURSUANT TO STIPULATION, IT IS SO ORDERED as modified below.**

The Case Management Conference shall remain on calendar for December 15, 2015 for the purpose of setting a pre-trial and trial calendar. The parties shall file an abbreviated Joint Case Management Conference Statement that sets forth their proposals for the pre-trial and trial calendar or, in the alternative, a Stipulation and Proposed Order regarding same, on or before **December 9, 2015**. The parties may appear by telephone for the Case Management Conference.

A further discussion regarding the status of the case may occur after the hearing on the motion to dismiss, if any, on March 2, 2016. No additional statement will be necessary.

Dated:  December 7, 2015

_____
Hon. William H. Orrick
*U.S. District Court Judge*