UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUNIL DANIEL,

    Plaintiff,

    v.

FIVE STARS LOYALTY, INC.,

    Defendant.

Case No. 15-cv-03546-WHO

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 48

In light of the unsettled pleadings, the parties' difference in opinion regarding the schedule and the potential impact of the expected motion to dismiss on any schedule, the Case Management Conference set for December 15, 2015 is vacated. Initial disclosures will be due on March 16, 2016, as proposed by defendant. Further discussion of the schedule will occur after argument on March 2, 2016.

**IT IS SO ORDERED**.

Dated: December 11, 2015



WILLIAM H. ORRICK
United States District Judge