JAURIGUE LAW GROUP
Michael J. Jaurigue (SBN 208123)
Abigail A. Zelenski (SBN 228610)
David Zelenski (SBN 231768)
114 North Brand Boulevard, Suite 200
Glendale, California 91203
michael@jlglawyers.com
abigail@jlglawyers.com
david@jlglawyers.com
Telephone:  (818) 630-7280
Facsimile:  (888) 879-1697

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (SBN 134180)
Marc L. Godino (SBN 182689)
Mark S. Greenstone (SBN 199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
E-mail:  mgreenstone@glancylaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERNEST BANAAG, individually, and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>FIVE STARS LOYALTY, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. 3:15-cv-03546-WHO<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED, by and among plaintiff Ernest Banaag and defendant FiveStars Loyalty, Inc., by and through their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed without prejudice as to the class claims and with prejudice as to plaintiff's individual claims.

IT IS FURTHER STIPULATED AND AGREED that the parties each shall bear their own respective costs and attorneys' fees.

Dated: August 26, 2016

GLANCY PRONGAY & MURRAY LLP

By: *s/ Mark S. Greenstone*
Lionel Z. Glancy
Mark S. Greenstone
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: mgreenstone@glancylaw.com

JAURIGUE LAW GROUP
Michael J. Jaurige
Abigail A. Zelenski
David Zelenski
114 North Brand Boulevard, Suite 200
Glendale, California 91203
Telephone: (818) 630-7280
Facsimile: (888) 879-1697
michael@jlglawyers.com
abigail@jlglawyers.com
david@jlglawyers.com

*Attorneys for Plaintiff Ernest Banaag*

| | | |
|---|---|---|
| 1 | Dated: August 26, 2016 | KELLEY DRYE & WARREN LLP |
| 2 | | |
| 3 | | By: *s/ Lauri A. Mazzuchetti*<br>Lauri A. Mazzuchetti |
| 4 | | Edward J. Mullins III<br>One Jefferson Road, 2nd Floor |
| 5 | | Parsippany, NJ 07054<br>Telephone: (973) 503-5900 |
| 6 | | Facsimile: (973) 503-5950<br>lmazzuchetti@kelleydrye.com |
| 7 | | emullins@kelleydrye.com |
| 8 | | Lee S. Brenner |
| 9 | | Catherine D. Lee<br>10100 Santa Monica Blvd., 23rd Floor |
| 10 | | Los Angeles, California 90067-4008<br>Telephone: (310) 712-6100 |
| 11 | | lbrenner@kelleydrye.com<br>clee@kelleydrye.com |
| 12 | | |
| 13 | | *Attorneys for Defendant Five Stars Loyalty, Inc.* |

JOINT STIPULATION OF VOLUNTARY DISMISSAL

1  Pursuant to Civil L.R. 5-1(i)(3), I attest that all other signatories listed, and on whose behalf the
2  filing is submitted, concur in the filing of this stipulation and have authorized the filing of this
3  stipulation.

Dated: August 26, 2016                           GLANCY PRONGAY & MURRAY LLP

                                                 By: *s/ Mark S. Greenstone*
                                                 Mark S. Greenstone

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND LOCAL CIVIL RULE 5-1**

I, the undersigned, say:

I am a citizen of the United States and am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On August 26, 2016, I served the following document:

**JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

By posting the document to the ECF Website of the United States District Court for the Northern District of California, for receipt electronically by the parties as listed on the attached Court's ECF Service List.

And on any non-ECF registered parties:

By U.S. Mail:  By placing true and correct copies thereof in individual sealed envelope: with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence or mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 26, 2016, at Los Angeles, California.

*s/ Mark S. Greenstone*
Mark S. Greenstone

# Mailing Information for a Case 3:15-cv-03546-WHO Daniel v. Five Stars Loyalty, Inc.

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lee Scott Brenner**
  lbrenner@kelleydrye.com,mdeveney@kelleydrye.com

- **Lionel Z. Glancy**
  info@glancylaw.com,lglancy@glancylaw.com

- **Marc Lawrence Godino**
  mgodino@glancylaw.com,info@glancylaw.com

- **Mark Samuel Greenstone**
  mgreenstone@glancylaw.com,info@glancylaw.com

- **Michael Joe Jaurigue**
  michael@jauriguelaw.com

- **Sehreen Ladak**
  sehreen@jlglawyers.com

- **Catherine Dong Eun Lee**
  clee@kelleydrye.com,mdeveney@kelleydrye.com,cmurawski@kelleydrye.com

- **Lauri Anne Mazzuchetti**
  lmazzuchetti@kelleydrye.com,cmurawski@kelleydrye.com

- **Edward James Mullins , III**
  emullins@kelleydrye.com,cmurawski@kelleydrye.com,docketing@kelleydrye.com

- **Abigail Ameri Zelenski**
  Abigail@jlglawyers.com

- **David Zelenski**
  david@jlglawyers.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`