UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST BANAAG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FIVE STARS LOYALTY, INC.,<br><br>　　　　Defendant. | Case No. 15-cv-03546-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 75 |

　　Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice as to the class claims and **with** prejudice as to the plaintiff's individual claim. The Clerk shall close the case.

Dated: August 29, 2016



WILLIAM H. ORRICK
United States District Judge